IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. ROGERS and CHRISTINA ROGERS,<br><br>        Plaintiffs,<br>  v.<br><br>3M COMPANY, et al.,<br><br>        Defendant                     / | No. C 12-6035 MMC<br><br>**ORDER OF DISMISSAL AND REMAND TO STATE COURT** |

    Before the Court is the Stipulation between plaintiffs Billy D. Rogers and Christina Rogers and defendant Foster Wheeler Energy Corporation, filed December 3, 2012, by which said parties request the Court dismiss the action against Foster Wheeler Energy Corporation and remand the action to the Superior Court of the State of California.

    Pursuant to the Stipulation of the parties:

    1. Plaintiffs' complaint as against Defendant Foster Wheeler Energy Corporation is hereby DISMISSED with prejudice; each said party is to bear its own costs.

    2. The above-captioned case is hereby REMANDED to the Superior Court of the State of California, County of San Francisco.

    **IT IS SO ORDERED.**

Dated: December 4, 2012

                                        MAXINE M. CHESNEY
                                        United States District Judge